**FILED**
January 20, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 ) Case No. 2:15-mj-00011-EFB
           Plaintiff, )
v. )
 ) ORDER FOR RELEASE OF
RAFAEL VARGAS ROJAS, ) PERSON IN CUSTODY
 )
           Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, RAFAEL VARGAS ROJAS, Case No. 2:15-mj-00011-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

    _____   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

    __X__   (Other) The Defendant was ordered to appear at the U.S. Probation Office in the Southern District of California on 1/27/2015 at 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/20/2015  at  2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge